O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLIE W. PYLE,<br><br>         Plaintiff,<br><br>    v.<br><br>MATTHEW MARTEL, et al.,<br><br>         Defendants. | ) ) ) ) ) ) ) ) ) ) ) | Case No. ED CV 11-01342-PSG (SP)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that defendants' Motion to Dismiss is granted, plaintiff's Motion to Strike and Motion for a More Definite Statement are denied, and Judgment will be entered dismissing the First Amended Complaint and this action without prejudice.

DATED: July 9, 2012

_____
HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE