O

JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLIE W. PYLE,<br><br>  Plaintiff,<br><br>  v.<br><br>MATTHEW MARTEL, et al.,<br><br>  Defendants. | Case No. ED CV 11-01342-PSG (SP)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the First Amended Complaint and this action are dismissed without prejudice.

Dated: ___July 9, 2012_____

_____
HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE